*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. 

No. 12–6836. CUMMINS *v.* CITY OF YUMA, ARIZONA, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12A364. IN RE FLORES. Application to file petition for writ of mandamus in excess of the word limits, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2685. IN RE DISBARMENT OF CONOUR. Disbarment entered. [For earlier order herein, see 567 U. S. 959.]

No. D–2686. IN RE DISBARMENT OF MAHLER. Disbarment entered. [For earlier order herein, see 567 U. S. 959.]

No. D–2687. IN RE DISBARMENT OF SIEGELMAN. Disbarment entered. [For earlier order herein, see 567 U. S. 960.]

No. D–2688. IN RE DISBARMENT OF LAWRENCE. Disbarment entered. [For earlier order herein, see 567 U. S. 960.]

No. D–2689. IN RE DISBARMENT OF INGRAM. Disbarment entered. [For earlier order herein, see 567 U. S. 960.]

No. D–2691. IN RE DISBARMENT OF GITOMER. Disbarment entered. [For earlier order herein, see 567 U. S. 964.]

No. D–2698. IN RE DISCIPLINE OF OSMOND. Jeffrey P. Osmond, of Sayre, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2699. IN RE DISCIPLINE OF TEITELBAUM. Steven Usher Teitelbaum, of Albany, N. Y., is suspended from the practice